FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 4 2009
SDM

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA MJ 09-398 |
| 3. Phan, Minh Nhat    DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _____ def _____, IT IS ORDERED that a detention hearing
is set for _____ Tuesday, 9/8/09 _____, at 1:30 ☐ a.m. ☒ p.m. before the
Honorable _____ Robert N Block _____, in Courtroom 6B _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____(Other custodial officer)_____

Dated: 9/4/09

_____
U.S. District Judge/U.S. Magistrate Judge

**ROBERT N. BLOCK**